ASCENSION LAW GROUP
PAMELA TSAO (266734)
12341 Newport Ave., Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff Ngoc Lam Che

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual | Case No.: 5:23-cv-04304-VKD |
| Plaintiff, | |
| vs. | **NOTICE OF CONDITIONAL SETTLEMENT** |
| KENZO PROPERTIES, LLC, a limited liability company; | [Hon. Virginia K. DeMarchi presiding] |
| Defendants. | |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: October 11, 2023

_/s/ Pamela Tsao_

Pamela Tsao, attorney for Plaintiff

Ngoc Lam Che