1  ASCENSION LAW GROUP
   PAMELA TSAO (SBN: 266734)
2  12341 Newport Ave
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff Ngoc Lam Che
6

7

8                **NORTHERN DISTRICT OF CALIFORNIA**

9

10 | NGOC LAM CHE, an individual            ) Case No.: 5:23-cv-04304-VKD
11 |         Plaintiff,                     )
                                            ) **PLAINTIFF'S NOTICE OF VOLUNTARY**
12 |   vs.                                  ) **DISMISSAL OF ENTIRE ACTION WITH**
                                            ) **PREJUDICE PURSUANT TO FEDERAL**
13 | KENZO PROPERTIES, LLC, a limited       ) **RULE OF CIVIL PROCEDURE 41(a)(1)**
   | liability company;                     )
14 |                                        )
   |         Defendants.                    ) [Hon. Virginia K. DeMarchi presiding]
15 |                                        )

**PLEASE TAKE NOTICE** that Plaintiff Ngoc Lam Che ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

    (1) By the Plaintiff.

        (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant KENZO PROPERTIES, LLC, a limited liability company ("Defendant"), has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: November 1, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Ngoc Lam Che